UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

                      MISC. NO. 19-mc-50340

-vs-

                      HON. GEORGE CARAM STEEH

MARY KRUTZ, OWNER OF
NEW HORIZON RESIDENTIAL
CARE FACILITIES, INC.,

    Respondent.
_____/

## ORDER GRANTING PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

Petitioner having applied for an order to enforce an Internal Revenue Service Summons related the investigation into the tax liabilities of respondent, New Horizon Residential Care Facilities, Inc., for the Form 1120 for the calendar years ended December 31, 2014, December 31, 2015, December 31, 2016, and December 31, 2017; and the Petition to Enforce IRS Summons and Order to Show Cause having been served upon the respondent, Mary Krutz, Owner of New Horizon Residential Care Facilities, Inc., on March 21, 2019; this cause having come before the

undersigned pursuant to the Order to Show Cause dated March 8, 2019, and due deliberation having been had herein;

IT IS HEREBY ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED;

IT IS FURTHER ORDERED that the respondent, Mary Krutz, Owner of New Horizon Residential Care Facilities, Inc., appear before Revenue Officer Melvyn Hurston or his designated representative at **9:00 a.m.** on **June 11, 2019**, at 3971 S. Research Park Dr., Suite B, Ann Arbor, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers, and other data demanded by the summons served upon Mary Krutz, Owner of New Horizon Residential Care Facilities, Inc., on May 31, 2018; the examination to continue from day to day until completed.

GEORGE CARAM STEEH
United States District Judge

Dated: MAY 20 2019